KATHERINE HAYES, BY HER NEXT FRIEND, ETC., ET AL., RESPONDENTS, v. CARMINE F. MALANKA ET AL., APPELLANTS.

Submitted October 30, 1936—Decided January 22, 1937.

For the respondents, *Charles A. Rooney.*

For the appellants, *Bauer & Ranker.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.